UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LISA DENUNZIO BLAIR, | ) | CASE NO.: 4:22-CV-01192-JRA |
| | ) | |
| Plaintiff, | ) | JUDGE: JOHN R. ADAMS |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW AS** |
| | ) | **DEFENDANTS' COUNSEL** |
| MICHELLE NICOLE FRENCHKO, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come counsel for Defendants, Kathleen M. Minahan, and hereby moves this Court for permission to withdraw as counsel in this action. Each Defendant is now being represented by separate counsel who have entered their respective appearances. Commissioner Frenchko and the Board of Trunbull County Commissioners are aware that this motion is being filed.

Respectfully submitted,

MEYERS, ROMAN, FRIEDBERG & LEWIS

*/s/ Kathleen M. Minahan*
Kathleen M. Minahan
28601 Chagrin Boulevard, Suite 600
Cleveland, Ohio 44122
P (216) 831-0042
F: (216) 831-0542
kminahan@meyersroman.com
*Counsel for Defendants Michelle Nicole Frenchko and Trumbull County Commissioners*

{02626883}

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, a copy of the foregoing *Motion to Withdraw* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Kathleen M. Minahan*
KATHLEEN M. MINAHAN (0064989)

*Counsel for Defendants Michelle Nicole Frenchko and Trumbull County Commissioners*

{02626883}