ADAMS, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| Lisa DeNunzio Blair, | ) | |
|---|---|---|
| | ) | CASE NO. 4:22CV1192 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Michelle Nicole Frenchko, et al., | ) | JUDGMENT ENTRY |
| | ) | |
| Defendants. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed on contemporaneously with this judgment entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's Motion for Judgment on the Pleadings is GRANTED IN PART AND DENIED IN PART AS MOOT.   The complaint is hereby DISMISSED.

IT IS SO ORDERED.

June 28, 2023                                       */s/ John R. Adams*
Date                                                 John R. Adams
                                                           U.S. District Judge